Village of HOLLY Michigan

**FOR IMMEDIATE RELEASE**

EXHIBIT
1
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

**FROM:** Village of Holly Council
**DATE:** January 21, 2026
**SUBJECT:** Village Council wishes to update residents regarding lawsuits filed by Anna Matson against the Village.

---

The Village remains firmly committed to transparency and fully supports the public's right to access government records as provided under Michigan's Freedom of Information Act (FOIA). FOIA is a vital tool that promotes accountability and open government, and the Village has a strong record of complying with both the letter and spirit of the law.

In recent years, however, the Village has experienced an unusually high volume of duplicative, excessively broad, and repetitive FOIA requests. Processing these requests has required a disproportionate amount of staff time and public resources, significantly impacting the Village's ability to perform its core services for the community as a whole. FOIA was not meant to impose an unreasonable burden on public operations or divert limited resources away from serving residents. The Village Council wants to encourage the use of FOIA for those that are interested in participating in the democratic process.

The Village has not denied Ms. Matson's FOIA request; the request has been processed and is awaiting the statutory payment from Ms. Matson. FOIA provides the Village the right to seek and receive its costs for the time to prepare a FOIA response. The Village's residents should not have to fund a response to a FOIA request, including Ms. Matson's voluminous request at issue in this lawsuit.

Despite repeated efforts by the Village to work cooperatively with Ms. Matson, including timely responses, requests for clarification, and good-faith attempts to narrow the scope of requests, her pattern of excessive and repetitive filings has continued. In the past, prior Village Councils have chosen to resolve similar disputes through settlement in order to limit legal expenses. But this time, the Village Council has determined that seeking judicial guidance is necessary to protect limited public resources while continuing to uphold lawful access to public records.

Because this matter is currently pending litigation, the Village will not comment further on specific details. The Village remains committed to transparency, responsible stewardship of taxpayer resources, and serving the best interests of all residents. Residents with questions about FOIA or how to submit a request are encouraged to visit the Village website or contact the Village Clerk's Office directly.